STATE, EX REL. ZIMMERMAN *v.* MAY, CLERK.

[No. 23,610.  Filed June 10, 1921.]

From Fountain Circuit Court; *Burton B. Berry*, Special Judge.

Action by the State of Indiana, on the relation of Orville W. Zimmerman, against Frank B. May, clerk of the city of Veedersburg.  From a judgment for defendant, the relator appeals.  *Reversed.*

*Lucas Nebeker* and *Courtney W. Dice*, for appellant.
*J. P. Brissey, D. F. Stansbury* and *W. N. White*, for appellee.

EWBANK, J.—This was an action of mandate to compel the appellee, as clerk of the city of Veedersburg, to issue to appellant's relator a warrant for his salary as mayor of said city for the first half of the year 1918.  The questions presented are identical with those decided in *State, ex rel.* v. *May, Clerk* (1921), *ante* 619, 131 N. E. 382, and upon the authority of that case the judgment is reversed, at the costs of the appellee, with directions to overrule the demurrer to the first paragraph of the complaint.